IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY,<br><br>    Plaintiff,<br>v.<br><br>COA INC,<br><br>    Defendant.<br>_____/ | CASE NO. 5:12-CV-02562-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Stipulation (see Docket Item No. 23), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for November 9, 2012 is CONTINUED until December 14, 2012. The parties shall file a Joint Case Management Statement no later than December 7, 2012.

**IT IS SO ORDERED.**

Dated: November 6, 2012

                                      EDWARD J. DAVILA
                                      United States District Judge