IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, | CASE NO. 5:12-CV-02562-EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COA INC, | |
| Defendant. | |

Having reviewed the parties' Joint Stipulation (see Docket Item No. 23), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for November 9, 2012 is CONTINUED until December 14, 2012. The parties shall file a Joint Case Management Statement no later than December 7, 2012.

**IT IS SO ORDERED.**

Dated: November 6, 2012

EDWARD J. DAVILA
United States District Judge