TERRENCE MCMAHON (SBN: 71910)
PHILIP OU (SBN: 259896)
McDERMOTT WILL & EMERY LLP
275 Middlefield Rd.
Menlo Park, California 94025
Telephone:    (650) 815-7400
Facsimile:     (650) 815-7401
tmcmahon@mwe.com
pou@mwe.com

JOHN J. DABNEY (*pro hac vice*)
RITA WEEKS (SBN: 232396)
MARY D. HALLERMAN (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone:    (202) 756-8000
Facsimile:     (202) 756-8087
jdabney@mwe.com
rweeks@mwe.com
mhallerman@mwe.com

*Attorneys for Plaintiff Pebble Beach Company*

IT IS SO ORDERED
Judge Edward J. Davila
11/28/2012

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PEBBLE BEACH COMPANY**, a California General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>**COA, INC. d/b/a COASTER COMPANY OF AMERICA**, a California Corporation,<br><br>Defendant. | **CASE NO.  5:12cv2562- EJD**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pebble Beach Company hereby dismisses all claims with prejudice against Defendant COA, Inc. d/b/a Coaster Company of America, with each party bearing its own attorneys' fees and costs.

SO STIPULATED on November 27, 2012.   The Clerk shall close this file.

Respectfully submitted,

Dated: November 27, 2012          McDERMOTT WILL & EMERY LLP

                                  By: /s/ John J. Dabney_____

                                      Terrence McMahon
                                      Philip Ou
                                      John Dabney (*pro hac vice*)
                                      Rita Weeks
                                      Mary D. Halllerman (*pro hac vice*)

                                      Attorneys for Plaintiff
                                      PEBBLE BEACH COMPANY

Dated: November 27, 2012          CISLO & THOMAS LLP


                                  By: /s/ Daniel M. Cislo_____

                                      Daniel M. Cislo
                                      Sean D. O'Brien

                                      Attorneys for Defendant
                                      COA, INC. d/b/a COASTER COMPANY
                                      OF AMERICA

CERTIFICATE OF ATTESTATION

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

By: /s/ Philip Ou

Philip Ou

DM_US 39983380-1.T05818.0010